# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Angela Wilson, on behalf of T.N.L.B**
    Plaintiff
  vs.                           CASE NUMBER: 5:14-CV-1510 (DEP)

**Carolyn W. Colvin, Acting Commissioner of Social Security**
    Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's Motion for Judgment on the Pleadings is GRANTED, Plaintiff's Motion for Judgment on the Pleadings is DENIED. The Commissioner's determination that the plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act is AFFIRMED. Judgement is entered in favor of the defendant and plaintiff's Complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 11th day of December, 2015.

DATED: December 16, 2015

                                            Clerk of Court

                            s/      *Joanne Bleskoski*

                                        Joanne Bleskoski
                                        Deputy Clerk